UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRAY C. BIYIKLIOGLU,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 2:23-cv-05240-SB-ADS<br><br><br>DISMISSAL ORDER |

      Plaintiff filed a writ of habeas corpus on June 23, 2023. Dkt. No. 1. On July 24, 2023, Plaintiff applied to proceed without payment of filing fees. Dkt. No. 5. On July 27, 2023, the Court instructed Plaintiff to provide additional financial information necessary to decide the application. Dkt. No. 6. The Court advised Plaintiff of the consequences of timely compliance: "If [Plaintiff] does not comply with these instructions within 30 days, the case will be DISMISSED without prejudice." *Id*. The August 26, 2023, deadline has long passed, and Plaintiff has not provided the additional information or paid the filing fee. The Court therefore dismisses without prejudice this case in its entirety.

      A final judgement will be entered separately.

      IT IS SO ORDERED.

Date: September 22, 2023

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge