JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRAY C. BIYIKLIOGLU,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant. | Case No. 2:23-cv-05240-SB-ADS<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order of dismissal entered this date, Plaintiff Giray C. Biyiklioglu's claims against Defendant United States of America are dismissed without prejudice for failure to pay the initial filing fee.

　　This is a final judgment.

　　IT IS SO ORDERED.

Date: September 22, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge