UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRAY C. BIYIKLIOGLU,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant. | Case No. 2:23-cv-05240-SB-ADS<br><br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

　　Petitioner Giray C. Biyiklioglu filed a petition for a writ of habeas corpus, followed by a request to proceed in forma pauperis.  Dkt. Nos. 1, 5.  After the Court had dismissed this case without prejudice and issued a final judgment, Dkt. Nos. 8 and 9, the clerk docketed a letter from Petitioner that had been received two days before the Court issued its dismissal order, Dkt. No. 7.

　　Petitioner moved for relief from judgment, which the Court granted, reopening the case and ordering Petitioner to pay the $5 filing fee.  Dkt. No. 11.  The Court warned that failure to pay the filing fee within 30 days of entry of the order would result in the case being dismissed without prejudice.  *Id*.  The 30 days expired November 26, 2023, and Petitioner has not paid the filing fee.  The Court therefore dismisses this case without prejudice in its entirety.

　　A final judgment will be entered separately.

　　IT IS SO ORDERED.

Date: December 12, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1