JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRAY C. BIYIKLIOGLU,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. 2:23-cv-05240-SB-ADS<br><br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this date, Petitioner Giray C. Biyiklioglu's claims against Defendant United States of America are dismissed without prejudice for failure to pay the initial filing fee.

    This is a final judgment.

Date: December 13, 2023

                                                        Stanley Blumenfeld, Jr.
                                                        United States District Judge